# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*July 21, 2006*

[Cite as *07/21/2006 Case Announcements*, 2006-Ohio-3689.]

## MOTION AND PROCEDURAL RULINGS

**2006–1211.   Allianz Global Risks US Ins. Co. v. Public Util. Comm.**
Public Utilities Commission, Nos. 05–1011–EL–CSS and 05–1012–EL–CSS. This cause is pending before this court as an appeal from the Public Utilities Commission. Upon consideration of the motion of FirstEnergy Corp., Ohio Edison Company, Cleveland Electric Illuminating Company, Toledo Edison Company, and American Transmission Systems, Inc., for leave to intervene as appellees,
   IT IS ORDERED by the court that the motion for leave to intervene is granted.

## MISCELLANEOUS DISMISSALS

**2006–0921.   State v. Massie.**
Guernsey App. No. 05CA000027, 2006-Ohio-1515. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

   The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1124.   State ex rel. Girard v. Bernard.**
In Prohibition.

**2006–1326.   State ex rel. Stamm v. Harm & Ring Mechanical, Inc.**
Franklin App. No. 05AP–742, 2006-Ohio-3108.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*July 24, 2006*

[Cite as *07/24/2006 Case Announcements*, 2006-Ohio-3738.]

## MOTION AND PROCEDURAL RULINGS

**2004–1554.   State v. Craig.**
Summit C.P. No. CR–2003–06–1638. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas for Summit County. Upon consideration of appellee's motion for an order directing the Clerk to return portions of the record,
   IT IS ORDERED by the court that the motion is granted.
   IT IS FURTHER ORDERED by the court that the Clerk of this court shall release the following exhibits to the custody of the Summit County Prosecutor, or her designee: State Exhibits 22, 27, 28, 30, 31, 100, and 113.